

# COURT OF APPEALS

SANDEE BRYAN MARION
   CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
   JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 19, 2019

Anthony  Chijioke Ngwu
604 Meadow Top
Converse, TX 78109
* DELIVERED VIA E-MAIL *

Justin Cook
Cook & Cook Law Firm PLLC
8000 I-H 10 West, Suite 1510
San Antonio, TX 78230
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-18-00762-CV
       Trial Court Case Number:    2017-CI-19833
       Style:  Anthony Chijioke Ngwu
                    v.
               Vera Amuche Toni

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Cecilia Phillips
Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Megan V. Cook (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2019

No. 04-18-00762-CV

Anthony Chijioke **NGWU,**
Appellant

v.

Vera Amuche **TONI,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19833
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On September 9, 2019, appellant filed a motion for rehearing followed by an amendment to his motion. After consideration, we **DENY** the motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

September 19, 2019

No. 04-18-00762-CV

Anthony Chijioke **NGWU,**
Appellant

v.

Vera Amuche **TONI,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19833
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

On September 9, 2019, appellant filed a motion for rehearing followed by an amendment to his motion. After consideration, we **DENY** the motion.

/s/ Beth Watkins
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2019.

/s/ Keith E. Hottle
KEITH E. HOTTLE,
Clerk of Court

Entered this 19th day of September 2019